UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JERRY MIDDLETON, *Personal Representative of the Wrongful Death estate of* Markus Middleton, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No. 1:18-cv-00389-HAB-SLC ) ) |
| SHERIFF DOUGLAS HARP, *et al.*, | ) ) |
| Defendants. | ) |

**OPINION AND ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

This matter is before the Court for review of the Magistrate Judge's January 12, 2021 Report and Recommendation (R & R) recommending *sua sponte* that the Plaintiff's case be dismissed pursuant to Federal Rules of Civil Procedure 16(f) and 41(b). (ECF No. 68). The time for objections has passed, with no objections filed.

The undersigned has reviewed the Magistrate Judge's R & R and the conclusion therein that the case should be dismissed under Fed.R.Civ.P. 16(f) and 41(b). As outlined in the R & R, Plaintiff is represented by counsel, but counsel has been unable to reach or locate his client. Meanwhile, the Plaintiff, after being ordered to do so by the Magistrate Judge, failed to participate in a telephonic hearing on November 17, 2020 (ECF No. 61), and has failed to either personally or telephonically appear as ordered for two show-cause hearings (ECF Nos. 63, 67). The Magistrate Judge repeatedly warned the Plaintiff that he risked sanctions up to and including dismissal and directed counsel to send a copy of the notices and orders setting the above hearings to the Plaintiff. All this was for naught as Plaintiff has not prosecuted his case, contacted counsel

or the Court or otherwise indicated any intention on his part to proceed with his case. Accordingly, the R & R is APPROVED AND ADOPTED. (ECF No. 68). This case is DISMISSED. The Clerk is DIRECTED to enter judgment in favor of the Defendants and close the case. Plaintiff Counsel's Motion to Withdraw appearance (ECF No. 57) is DENIED as moot.

SO ORDERED on January 28, 2021.

s/ *Holly A. Brady*
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT